UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

February 10, 2003

MEMORANDUM TO COUNSEL RE:  Metropolitan Life Insurance Co. v.
Gwendolyn Harold, et al.
Civil No. L-02-2850

Dear Counsel:

  A telephone conference will be held on February 26, 2003, at 4:00 p.m. to discuss the status of this case, in particular the status of service of process. One of counsel is asked to initiate the conference call.

  The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

  Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

cc: Court File