UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 27, 2003

MEMORANDUM TO COUNSEL RE:    <u>Metropolitan Life Insurance Co. v. Gwendolyn Harold, et al.</u>
Civil #L-02-2850

Dear Counsel:

On February 26, 2003, the Court held a teleconference to discuss the status of this case. This letter confirms the substance of the Court's rulings made during the tape-recorded teleconference.

On or before March 10th, the parties shall submit the following documents:

(i)  a joint status report advising whether Mr. Carter's client has agreed with Mr. Capousis's clients regarding payment of attorneys' fees and costs;

(ii) from Mr. Carter, a proposed order for judgment of interpleader; and

(iii) from Mr. Capousis, a proposed order that (a) gives the defaulting defendants a deadline to assert a claim, and (b) distributes the money in accord with the second beneficiary designation.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ Benson Everett Legg

c:    Court file