March 12, 2003

The Honorable Benson E. Legg
U.S. District Court for the District of Maryland
101 W. Lombard Street, Room 340
Baltimore, MD  21201

      Re:    <u>Metropolitan Life Insurance Company v. Gwendolyn Harold, et al.</u>
            Case No.: L 02 CV 2850

Dear Judge Legg:

     I am writing for both myself and for Mr. Capousis.  Please accept our apologies for responding late to the Order dated February 27, 2003.  Mr. Capousis was called from the office unexpectedly due to a death in the family.

     As we discussed at the status conference held on this case on February 26, I am writing to advise the Court that the time for responses to the three Motions for Judgment of Interpleader by Default has run.  The three motions were served on February 14, 2003.  I respectfully request that the Court enter the proposed orders attached to each of the three motions.

     Mr. Capousis and I are also in agreement with regard to an order which will resolve all remaining issues <u>vis à vis</u> MetLife.  I enclose a proposed Consent Judgment of Interpleader, which we respectfully request that the Court enter.

     In the event that claims are not filed by the other parties within the deadline selected by the Court, Mr. Capousis is submitting herewith a proposed order to resolve all remaining issues in the case.

March 12, 2003
Page 2

       Should the Court need any further information regarding this case, I would be happy to assist.

                                      Very truly yours,

                                              /s/

                                      David A. Carter

DAC/njm

cc:    Nicholas D. Capousis, Esquire
        Jeanette Stokes Godwin
        Charles A. Godwin
        Alana S. Godwin