**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

METROPOLITAN LIFE INSURANCE     *
COMPANY

       *

      Plaintiff              Civil Action No.: L 02 CV 2850

       *

v.

       *

GWENDOLYN HAROLD, et al.

       *

      Defendants        *

    *     *     *     *     *     *     *     *     *     *     *     *

## <u>CONSENT JUDGMENT OF INTERPLEADER</u>

      This Court, having fully considered the Complaint of Interpleader filed by Metropolitan Life Insurance Company ("MetLife") and any Answers thereto, and this Court having found that conflicting claims or potential claims to proceeds payable under the Federal Employees Group Life Insurance (FEGLI) Policy on account of the death of Charles R. Godwin exist, it is this _____ day of _____, 2003, AGREED by the parties, and ORDERED by the Court:

      1.     That Gwendolyn Harold, Alana S. Godwin, Dominique D. Godwin, Charles A. Godwin, Mary Dawson and Jeanette Stokes Godwin (hereafter "claimants"), have either filed an Answer or other response to the Complaint for Interpleader or have defaulted after being served.

      2.     That the claimants, and each of them, are hereby permanently enjoined and specifically restrained from instituting or prosecuting any suit or proceeding or action in any court or other forum against MetLife, its agents, servants and employees, or any other person or entity, including the Office of Personnel Management ("OPM") and the United States of America, for damages of any type, including but not limited to, life insurance proceeds or interest thereon, arising

out of or relating to Charles R. Godwin's coverage under the FEGLI Policy issued by MetLife, or MetLife's administration of the claims thereunder.

3.      That MetLife, its agents, servants and employees, and all other persons and entities, including OPM and the United States of America, are hereby released and discharged from all liability for damages of any type, including but not limited to, life insurance proceeds or interest thereon, arising out of or relating to Charles R. Godwin's coverage under the FEGLI Policy, or MetLife's administration of the claims thereunder.

4.      That MetLife, be, and hereby is, awarded its costs and attorney's fees in this matter in the amount of $3,100.00.

5.      That $3,100.00 is to be paid to MetLife from the proceeds which are on deposit with the Court Registry to the credit of this case (hereafter the "Proceeds").  The Clerk is directed to forward a check payable to Metropolitan Life Insurance Company, in the amount of $3,100.00, to David A. Carter, counsel to MetLife.

6.      That the claimants, and each of them, have the right to interplead and settle among themselves in this Court any claims to the remaining Proceeds of Charles R. Godwin's coverage under the FEGLI policy.

7.      That hereafter, Gwendolyn Harold, Dominique D. Godwin and Mary Dawson shall be designated as Plaintiffs and Alana S. Godwin, Charles A. Godwin and Jeanette Stokes Godwin shall be designated as Defendants.  Thereafter, the caption of this matter will read as follows:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

GWENDOLYN HAROLD, et al.        \*

        Plaintiffs        \*

                                Civil Action No.: L 02 CV 2850

v.        \*

ALANA S. GODWIN, et al.        \*

        Defendants        \*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

        8.        Gwendolyn Harold, Dominique D. Godwin and Mary Dawson have already made claim to the Proceeds by answering the Complaint.  Alana S. Godwin, Charles A. Godwin and Jeanette Stokes Godwin shall file a claim with this Court on or before _____ if they intend to seek distribution of the Proceeds other than pursuant to the January 15, 2002 Designation of Beneficiary.  If said Defendants fail to file such a claim on or before that date, the Court will order the distribution of the remaining Proceeds pursuant to the January 15, 2002 Designation of Beneficiary.  Under that Designation of Beneficiary, the Proceeds are to be distributed as follows: Gwendolyn Harold - 30%; Mary Dawson - 15%; Dominique D. Godwin - 25%; Charles A. Godwin - 15%; and Alana S. Godwin - 15%.

_____                                _____

Date                                                    Judge

AGREED AND CONSENTED TO:


_____/s/_____
David A. Carter
Meyers, Rodbell & Rosenbaum, P.A.
95 Cathedral Street, Suite 100
Annapolis, Maryland 21401
(410) 267-6670
(410) 267-8222 Facsimile
Attorney for Metropolitan Life Insurance Company



_____/s/_____
Nicholas D. Capousis
Nicholas D. Capousis, P.C.
1212 West Street, Suite 200
Annapolis, MD 21401-3610
(410) 263-0500
(410) 263-3306 Facsimile
(signed copy of document bearing
signature of Nicholas D. Capousis is
being maintained in office of
David A. Carter)