AGREED AND CONSENTED TO:

*[signature]*
David A. Carter
Meyers, Rodbell & Rosenbaum, P.A.
95 Cathedral Street, Suite 100
Annapolis, Maryland 21401
(410) 267-6670
(410) 267-8222 Facsimile
Attorney for Metropolitan Life Insurance Company

*[signature]*
Nicholas D. Capousis
Nicholas D. Capousis, P.C.
1212 West Street, Suite 200
Annapolis, MD 21401-3610
(410) 263-0500

-4-