FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 APR 22  A 11:58
AT BAL  ORE
_DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

METROPOLITAN LIFE INSURANCE  \*
COMPANY

      Plaintiff                        Civil Action No.: L 02 CV 2850

v.

GWENDOLYN HAROLD, et al.

      Defendants

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### ORDER REGARDING DISTRIBUTION OF PROCEEDS

On August 29, 2002, the Court directed the Clerk of Court to accept Plaintiff Metropolitan Life Insurance Company's ("MetLife") draft in the sum of $180,000.00, plus interest, said amount constituting the proceeds of Charles R. Godwin's coverage under the Federal Employees Group Life Insurance ("FEGLI") Policy (hereafter the "Proceeds"). The Court further directed that the Clerk of Court deposit MetLife's draft in the Registry of this Court pending resolution of conflicting claims to the Proceeds.

    2. In accordance with the Consent Judgment of Interpleader dated March 19th, the Court awarded MetLife $3,100.00 for attorney fees and expenses incurred in this matter. The Clerk was directed to forward a draft payable to Metropolitan Life Insurance Company, in the amount of $3,100.00, to MetLife's counsel.

    3. The Consent Judgment of Interpleader also ordered that Defendants Alana S. Godwin, Charles A. Godwin and Jeanette Stokes Godwin file a claim with this Court on or before April 11th if they wished to seek distribution of the remaining Proceeds other than pursuant to the January 15, 2002 Designation of Beneficiary. The Consent Judgment of

Interpleader further provided that, if said Defendants failed to timely file such a claim, the Court would order the distribution of the remaining Proceeds pursuant to the January 15, 2002 Designation of Beneficiary.

4. The deadline referred to in Paragraph 3 above has now passed without the filing of a claim or claims by Alana S. Godwin, Charles A. Godwin and/or Jeanette Stokes Godwin.

5. The Clerk is directed to deduct any court and/or registry fees then outstanding from the Proceeds which remain after payment of the attorney fees and costs referred to in Paragraph 2 above.

6. In accordance with the Consent Judgment of Interpleader, the remaining Proceeds from Charles R. Godwin's coverage under the FEGLI policy shall be distributed pursuant to the January 15, 2002 Designation of Beneficiary as follows: Gwendolyn Harold - 30%; Mary Dawson - 15%; Dominique D. Godwin - 25%; Charles A. Godwin - 15%; and Alana A. Godwin - 15%.

7. The Clerk is directed to forward a check payable to Gwendolyn Harold, for her 30% share of the remaining Proceeds, to her attorney, Nicholas D. Capousis, Esquire, 1212 West Street, Suite 200, Annapolis, Maryland 21401-3610.

8. The Clerk is directed to forward a check payable to Mary Dawson , for her 15% share of the remaining Proceeds, to her attorney, Nicholas D. Capousis, Esquire, 1212 West Street, Suite 200, Annapolis, Maryland 21401-3610.

9. The Clerk is directed to forward a check payable to Charles A. Godwin, for his 15% share of the remaining Proceeds, to 548 South 54th Street, Philadelphia, Pennsylvania 19143 by certified mail, return receipt requested, restricted delivery.

10. The Clerk is directed to forward a check payable to Alana S. Godwin, for her 15% share of the remaining Proceeds, to 548 South 54th Street, Philadelphia, Pennsylvania 19143 by certified mail, return receipt requested, restricted delivery.

Dominique D. Godwin's 25% share of the remaining Proceeds is to remain on deposit with the Registry of this Court pending the establishment of an appropriate account or trust exclusively for the benefit of Dominique D. Godwin, a minor.

12. Upon the final distribution of all of the Proceeds as indicated above, the Clerk shall close this case.

| | |
|---|---|
| 4-21-03 | /S/ |
| Date | Benson Everett Legg<br>Chief Judge |