LAW OFFICES

# MEYERS, RODBELL & ROSENBAUM, P.A.

| | |
|---|---|
| WILLIAM V. MEYERS* | FREDERICK STICHNOTH* |
| ROBERT H ROSENBAUM* | NANCY I. KNAPP |
| RUSSELL E. WARFEL | GINA MARIE SMITH* |
| LINDA C. CARTER | M. EVAN MEYERS* |
| JOSEPH B. CHAZEN | DOUGLAS C. MEISTER+ |
| MICHELE La ROCCA* | DAVID J. MARTIN* |
| PAUL A. TURKHEIMER* | MICHAEL R. ACKER◊ |
| DAVID A. CARTER* | |

\* Also Admitted in D.C.
+ Also Admitted in Virginia
◊ Also Admitted in Pennsylvania

PAUL B. RODBELL
(1947-2001)

*Please Respond to the Annapolis Address*

95 CATHEDRAL STREET, SUITE 100
ANNAPOLIS, MARYLAND 21401
(410) 267-6670   FAX (410) 267-8222
EMAIL: dcarter@mrrlaw2.net
nknapp@mrrlaw2.net

6801 KENILWORTH AVENUE, SUITE 400
RIVERDALE, MARYLAND 20737-1385
(301) 699-5800   FAX (301) 779-5746
EMAIL: admin@mrrlaw.net

April 25, 2003

The Honorable Benson E. Legg
U.S. District Court for the District of Maryland
101 W. Lombard Street, Room 340
Baltimore, MD  21201

    Re:    Metropolitan Life Insurance Company v. Gwendolyn Harold, et al.
             Case No.: L 02 CV 2850

Dear Judge Legg:

    I received the Order regarding distribution of proceeds signed on March 21, 2003. That Order makes reference to the Consent Judgment of Interpleader dated March 19, 2003 which awarded MetLife $3,100.00 in attorney fees and expenses.

    I never received a copy of the approved Consent Judgment of Interpleader. Upon checking the Court docket, I found that it had not been entered. I respectfully request that the Court consider the Consent Judgment of Interpleader in order to avoid any confusion as to how the proceeds on deposit are to be distributed. In addition, the Consent Judgment of Interpleader is the document which formally releases and discharges MetLife from liability under the FEGLI policy.

    If the Court needs any further information, please advise. I should note that the proposed Consent Judgment of Interpleader was filed and entered on March 13 with my correspondence to the Court.

                           Very truly yours,

                                  /s/

                           David A. Carter

DAC/mlg
  cc:    Nicholas D. Capousis, Esquire